FILED
MAR - 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBERT MAYS
357 MAYS ROAD
SMITHVILLE, GEORGIA 31787
1-227 874 640

   PLAINTIFF,

         v                                    Civil Action No.

WILLIAM K. SUTER, CLERK
SUPREME COURT OF THE UNITED STATES
WASHINGTON, DC 20543 0001

      AND

ANN M. VENEMAN
UNITED STATES DEPARTMENT
OF AGRICULTURE

      DEFENDANT

CASE NUMBER   1:06CV00369
JUDGE: Colleen Kollar-Kotelly
DECK TYPE: Civil Rights (non-employme)
DATE STAMP: 03/█/2006

JURY ACTION

## COMPLAINT

It appears to me that the clerk made an error.

The order denying a petition for a rehearing was filed October 12, 2005. exhibit A.

The petition for a writ of certiorari was postmarked January 9, 2006, a letter from defendant's office, exhibit B

To support my claim part of the guide for prospective indigent petitioners for writs of certiorari is attached hereto as exhibit C.

The clerk's statement, "The petition is out-of-time." is false.

That statement in an unsigned letter causes me to think twice.

Is this part of a conspiracy?

The USDA wrongfully denied operating funds approved by the Secretary of Agriculture.

1

WHEREFORE, the premises considered, the plaintiff demands judgment agains the defends in the amount of TEN MILLION DOLLARS $10,000,000.00).

The plaintiff demands a jury trial.

Sincerely,

Robert Mays, Pro se



Mr. Robert Mays
357 Mays Rd.
Smithville, GA 34787

EXPRESS MAIL
ED 085894029 us