# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

No. 04-5374                                                September Term, 2005

03cv00885

Filed On:



Robert Mays,
    Appellant

v.

Secretary of Agriculture,
    Appellee

BEFORE:   Ginsburg, Chief Judge, and Randolph and Rogers, Circuit Judges

## ORDER

Upon consideration of appellant's petition for rehearing filed August 8, 2005, and the supplements thereto, it is

**ORDERED** that the petition be denied.

Per Curiam

FOR THE COURT:
Mark J. Langer, Clerk

BY: /s/ Michael C. McGrail
Michael C. McGrail
Deputy Clerk

06 0369

**FILED**

MAR - 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Exhibit A

## SUPREME COURT OF THE UNITED STATES
## OFFICE OF THE CLERK
## WASHINGTON, DC 20543-0001

January 11, 2006

Robert Mays
357 Mays Road
Smithville, PA 31787

    RE: Robert Mays v. Secretary of Agriculture
       (USADC #04-5374)

Dear Mr. Mays:

The above-entitled petition for a writ of certiorari was postmarked January 9, 2006 and received January 11, 2006. The papers are returned for the following reason(s):

    The petition is out-of-time. The date of the lower court judgment or order denying a timely petition for rehearing was July 28, 2005. Therefore, the petition was due on or before October 26, 2005. Rules 13.1, 29.2 and 30.1. When the time to file a petition for a writ of certiorari in a civil case (habeas action included) has expired, the Court no longer has the power to review the petition.

    Your $300.00 check is herewith returned.

Sincerely,
William K. Suter, Clerk
By:

Gail Johnson
(202) 479-3038

06 0369

FILED

MAR - 1

NANCY MAYER WHITTINGTON
U.S. DISTRICT COURT

Enclosures

*Exhibit B*

October 2004

**OFFICE OF THE CLERK
SUPREME COURT OF THE UNITED STATES
WASHINGTON, D. C. 20543**

**GUIDE FOR PROSPECTIVE INDIGENT PETITIONERS FOR WRITS OF CERTIORARI**

**I. Introduction**

These instructions and forms are designed to assist petitioners who are proceeding *in forma pauperis* and without the assistance of counsel. A copy of the Rules of the Supreme Court, which establish the procedures that must be followed, is also enclosed. Be sure to read the following Rules carefully:

Rules 10-14 (Petitioning for certiorari)
Rule 29 (Filing and service on opposing party or counsel)
Rule 30 (Computation and extension of time)
Rules 33.2 and 34 (Preparing pleadings on 8½ x 11 inch paper)
Rule 39 (Proceedings *in forma pauperis*)

**II. Nature of Supreme Court Review**

It is important to note that review in this Court by means of a writ of certiorari is not a matter of right, but of judicial discretion. The primary concern of the Supreme Court is not to correct errors in lower court decisions, but to decide cases presenting issues of importance beyond the particular facts and parties involved. The Court grants and hears argument in only about 1% of the cases that are filed each Term. The vast majority of petitions are simply denied by the Court without comment or explanation. The denial of a petition for a writ of certiorari signifies only that the Court has chosen not to accept the case for review and does not express the Court's view of the merits of the case.

Every petitioner for a writ of certiorari is advised to read carefully the *Considerations Governing Review on Certiorari* set forth in Rule 10. Important considerations for accepting a case for review include the existence of a conflict between the decision of which review is sought and a decision of another appellate court on the same issue. An important function of the Supreme Court is to resolve disagreements among lower courts about specific legal questions. Another consideration is the importance to the public of the issue.

**III. The Time for Filing**

You must file your petition for a writ of certiorari within 90 days from the date of the entry of the final judgment in the United States court of appeals or highest state appellate court or 90 days from the denial of a timely filed petition for rehearing. The issuance of a mandate or remittitur after judgment has been entered has no bearing on the computation of time and does not extend the time for filing. See Rules 13.1 and

06 0369

FILED
MAR - 1 2006
NANCY MAYER WHITTINGTON CLERK
U.S. DISTRICT COURT

Exhibit C

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBERT MAYS, PRO SE

v.                                  Civil Action No.

WILLIAM K. SUTER, CLERK ET AL

AFFIDAVIT OF SERVICE

I, Robert Mays hereby declare that on the 14th of February 2006, I mailed a copy of the summons and complaint, certified mail return receipt requested, to William K. Suter, Clerk, ET AL. Attached hereto are green cards acknowledging service.

The green card from the US Attorney, for the District of Columbia did not show date of delivery. I called the post office and received the note attached hereto showing the date of delivery was February 16th, 2006.

Robert Mays Pro se

Mr. Robert Mays
357 Mays Rd
Smithville, GA 31787-2829

Phone 1 229 874 6110

