UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
ROBERT MAYS,                  :
                              :
        Plaintiff,            :
                              :
        v.                    :   Civil Action
                              :   No. 06-369 (GK)
SUTER, ET AL.,                :
                              :
        Defendants.           :
_____:
```

### ORDER TO SHOW CAUSE

On March 1, 2006, Plaintiff, proceeding pro se, filed a Complaint against William K. Suter, Clerk of the United States Supreme Court and Ann M. Veneman, United States Department of Agriculture.[1]  The Court has reviewed Plaintiff's Complaint and is totally unable to discern, what, if any, cause of action Plaintiff raises.  Under 28 U.S.C. Section 1915(e)(2)(B)(i)-(ii), a court can dismiss a case at any time if the court determines that "the action or appeal--(i) is frivolous or malicious; [or], (ii) fails to state a claim on which relief may be granted . . . ."  Accordingly, it is hereby

**ORDERED**, that Plaintiff show cause no later than **April 5, 2006**, why his Complaint should not be dismissed for failure to state any cause of action whatsoever.

---

[1] Plaintiff has not yet effected service of process on the Defendants.

March 16, 2006                                          _____/s/_____
                                                        Gladys Kessler
                                                        U.S. District Judge


**Copies to**:

ROBERT MAYS
357 Mays Road
Smithville, GA 31787
(229) 874-6110