UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBERT MAYS,

    Plaintiff,

vs

SUTER, ET AL.,

    Defendants.

Civil Action
No. 06-369 (GK)

MOTION TO REQUEST TIME

I, Robert Mays, the Plaintiff request sixty (60) days to respond to Order dated June 13, 2006.

A respone would be greatly appreciated.

Please advise if I am to send the Defendants a copy of this request.

Respectfully submitted,

*Robert Mays Pro se*



Mr. Robert Mays
357 Mays Rd.
Smithville, GA 31787-2829

July 7, 2006

1 229 874 6110

**RECEIVED**

JUL 1 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT