UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ROBERT MAYS,** | : | |
| **Plaintiff,** | : | |
| v. | : | Civil Action 06-369 (GK) |
| **WILLIAM K. SUTER,** *et al.*, | : | |

## ORDER

On March 15, 2006, the Court ordered Plaintiff to show cause no later than April 5, 2006, why his Complaint should not be dismissed for failure to state any cause of action. Plaintiff responded on April 28, 2006 and filed an Addendum on May 25, 2006. On June 13, 2006, the Court issued a Memorandum Order dismissing the case in its entirety. Plaintiff has now filed a Motion to Request Time to respond to the June 13, 2006 Order. Because Plaintiff is proceeding *pro se*, the Court will consider that request as a Motion for Reconsideration.

**WHEREFORE**, it is this 17th day of July, 2006, hereby

**ORDERED**, that Plaintiff may have until **August 20, 2006**, to file any Motion for Reconsideration.

/s/
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**

**and**

**Robert Mays**
**357 Mays Road**
**Smithville, Georgia  31787-2829**