UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**ROBERT MAYS,**

   Plaintiff,

   vs

**SUTER, ET AL.,**

   Defendants.

Civil Action
No. 06-369 (GK)

<u>A REQUEST FOR TIME TO FILE A MOTION FOR RECONSIDERATION</u>

I, Robert Mays, the Plaintiff request sixty (60) days to respond to Motion for Reconsideration.

Respectfully submitted,

*Robert Mays, Pro se*

Mr. Robert Mays
357 Mays Rd.
Smithville, GA 3178—

August 19, 2006

Phone  1 229 874 6110

RECEIVED
AUG 2 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBERT MAYS,

    Plaintiff,

vs

    Defendants.

Civil Action
No. 06-369 (GK)

AFFIDAVIT OF SERVICE

I, Robert Mays, pro se, hereby declare that on the 19th day of August 2006, I mailed a copy of Motion for Reconsideration, first class mail, postage paid to

William K. Suter, Clerk ETAL
Supreme Court of the United States
Washington, DC 20543-0001

Ann Veneman, Secretary
United States Department of Agriculture
14th Street & Indenpendence Ave., S.W.
Washington, DC 20250 1400

U. S. Attorney General
950 Pennsylvania Ave., NW
Washington, DC 20530

U. S. Attorney for the District of Columbia
555 4th Street, NW
Washington, DC 20001

*Robert Mays*

Robert Mays, Pro se
357 Mays Road
Smithville, GA 31787
Phone 1 229 874 6110