UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ROBERT MAYS,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 06-369 (GK) |
| | : | |
| **WILLIAM K. SUTER, et al.,** | : | |
| | : | |
| Defendants. | : | |

## ORDER

Plaintiff has filed a request for a 60-day extension of time to file a Motion for Reconsideration. He has given no reason for requesting such a lengthy period of time.

**WHEREFORE**, it is this 24th day of August, 2006, hereby

**ORDERED**, that Plaintiff must file any Motion for Reconsideration no later than **October 1, 2006**.

/s/
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**
and

**Robert Mays
357 Mays Road
Smithville, GA 31787**