UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBERT MAYS,

        Plaintiff,

        vs                                  Civil Action
                                                No. 06-369 (GK)

SUTER, ET AL.,

        Defendants.

## RESPONSE TO ORDER TO SHOW CAUSE DUE APRIL 5, 2006

    I, Robert Mays wish to show the court that William K. Suter, Clerk of the United State Supreme Court and Ann M. Veneman, Secretary of the Department of Agriculture CONSPIRED to deny me my civil rights.

    The clerk denied my day in court by wrongfully refusing to file my writ of certiorari and returning the $300.00 filing fee. See Exhibit B

    The compliant was timely filed.

    The United States Court of Appeals order that the petition be denied filed on October 12, 2005. See Exhibit A

    The petition for a writ of certiorari was postmarked January 9, 2006. See Exhibit B

    The foregoing facts support my claim that the writ of certiorari was timely filed.

    Also the Supreme Court of the United States (Item 111), The time for filing provides 90 days from the denial of a timely filed petition for rehearing. See Exhibit C

    According to my calculations, from October 12, 2005 to January 9, 2006 is 89 days. The Supreme Court allows 90 days.

RECEIVED
SEP 29 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Four banks denied me an operational farm loan said or implied that my income was too low; while USDA receiving the same documents said or implied that my income was too high.

The above statement (Exhibit 1D – 4D) supports my claim. Exhibit E supports my statement from USDA.

The law as I understand it; if 3 banks deny a farmer a loan the farmer is entitled to an USDA loan.

The Secretary of Agriculture upheld the USDA denial

For me the denial was a continuation of the treatment I received at the ballot box in 1946.

After receiving an Honorable Discharge (Exhibit F) in 1945 I was denied the right to vote in 1946.

In my opinion, Mr. Suter, Clerk of the United States Supreme Court in January 11, 2006 denied my day in court is by far the greater evil

## ARGUMENT

After receiving an Honorable Discharge (Exhibit F) in 1945, beginning in 1946 and for the post 60 years I have continuously been a victim of a conspiracy.

In 1946 I was denied the right to vote.

In 2006 Mr. William K. Suter, Clerk of the Supreme Court denied me my day in court (Exhibit B)

The individuals in 1946 who denied me the right to vote was upholding the law because I was a black my attempting to vote in a "White Only" primary.

(2)

Mr. Suters' reason for denying my day in court in 2006 is unknown to me.

Far many Black Americans feel that the establishment is treating Black Americans the same as Native Americans, to eliminate landowners.

Four banks denied me an operational farm loan because my income was too low (See Exhibit 1D – 4D), while USDA receiving the same documents said or implied that my income was too high (See Exhibit E)

In 1975 PCA made an operational farm loan promising the money in January 1976. Instead PCA held the money until May 1976. (See Exhibit 1G – 4G)

By holding the operating funds until May caused me to operate on credit, in addition to late planting. Often late-planted crops cannot be insured.

The holding of operating funds caused debt. Part of the farm had to be sold. (See Exhibit H) Part of the farm sold for over $1,000,000.00 (See Exhibit H)

That same tract of land, with improvements and inflation, would sell for $10,000,000.00 (ten million) more or less

## SUMMARY

In view of the foregoing facts there is no doubt in my mind that William K. Suter, Clerk of the United States Supreme Court and Ann M. Veneman, Secretary of the United States Department of Agriculture CONSPIRED to wrongfully take my property from me.

The members need no know each other on the part played by others. (Blacks Law Dictionary)

A conspiracy may be a continuing one. In fact my case started 60 years ago.

(3)

The essence of a "Civil conspiracy" is a consert or combination to defraud or cause other injury to a person or property which result in damage to the person or property the plaintiff (See Exhibit I)

Wherefore, the premised considered, the plaintiff demand judgment against the defendants in the amount of ($10, 000,000.00) Ten Million Dollars

Express Mail
ED 085 89400/U.5
3/29/06

*Robert Mays*

HUMAN RIGHTS WATCH
Mr. Robert Mays
357 Mays Rd.
Smithville, GA 31787
WWW.HRW.ORG

1-229 874 6110

(4)