# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ROBERT MAYS,

    Plaintiff,

     vs

SUTER, ET AL.,

    Defendants.

Civil Action
No. 06-369 (GK)

## AFFIDAVIT OF SERVICE

I, Robert Mays pro se hereby declare that on the ___1st___ of

August 2006, I mailed a copy of the summons and complaints, certi-

fied mail return receipt requested, to

  William K. Suter, Clerk, US Supreme Court
  Ann Veneman, Secretary, US Departmentof Agriculture
  US Attorney General
  US Attorney for the District of Columbia

Attached hereto are the green cards acknowledging service.

RECEIVED

SEP 2 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ann Veneman, Secretary
United States Department
of Agriculture
14th Street & Independence
Ave SW.
Washington, DC 20250-
1400

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Kwame Dak_   ☐ Agent
               ☑ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Kwame Lake                      8/7/06

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label) 7006 0810 0003 7911 4903 4

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

William R. Suter, Clerk ETAL
Supreme Court of The
United States
Washington, D.C. 20543-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X                                ☐ Agent
                                 ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

RECEIVED

AUG 8 - 2006

OFFICE OF THE CLERK
SUPREME COURT, U.S.

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label) 7006 0810 0003 7911 3198

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Attorney General
950 Pennsylvania Ave NW
Washington DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                             ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
AUG 07 2006

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)             ☐ Yes

2. Article Number
   (Transfer from service label)   7006 0810 0003 7911 4874

PS Form 3811, February 2004      Domestic Return Receipt           102595-02-M-1540