UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBERT MAYS,

    Plaintiff,

vs

SUTER, ET AL.,

    Defendants.

RECEIVED
OCT 3 - 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Civil Action
No. 06-369 (GK)

MOTION FOR RECONSIDERATION

    In a letter dated January 11, 2006, the Defendant denied the Plaintiff his day in court. The denial was an incurable wrongful act because the Supreme Court's guide states; 90 days from the denial of a timely filed petition for rehearing.

    A timely filed petition for rehearing was denied October 12, 2005.

    The 90 days were up January 10, 2006.

    The Defendant in a letter to the Plaintiff dated January 11, 2006, wrongfully denied the Plaintiff his day in court is attached hereto as exhibit A.

    The Court's Order, dated October 12, 2005, denying petition for rehearing is attached hereto as exhibit B.

    The Time for Filing by the Supreme Court is attached hereto as exhibit C.

    The Clerk, United States Supreme Court wrongfully refused to file my timely petition and later advised the Plaintiff to file an out-of-time petition. See exhibit D. Letter from Mr. Suter 4/4/06.

The Plaintiff is presenting the entire original petition. To make a statement, "The petition is out-of-time." is <u>FRAUD</u> and is made to support the denial of my day in Court.

Exhibit B in the original Petition shows that the original petition was timely filed.

In view of Mr. William K. Suter's questionable action, the Plaintiff pray that this Honorable Court will reverse the Memorandum Order dated June 13, 2006 and grant the Plaintiff relief as cited by Black's Law Dictionary, <u>PUNITIVE DAMAGES.</u> A portion of Black's Law Dictionary's define of Punitive Damages is attached hereto as exhibit D.

To document the allegations cited in Memorandum Order dated June 13, 2006, exhibt A, E and F are presented----

    Exhibit A    A letter from Mr. Suter dated January 11, 2006

    Exhibit E    Four letters from four banks denying an operationa, farm loan.

    Exhibit F    A letter from USDA denying an operational farm loan approved by Secretary of Agriculture.

The undisputed law as I understand it, if three banks deny a farmer a loan the farmer is entitled to a USDA loan.

I have no complaint against the four banks because USDA got a Deed to Secure Debt for Georgia, exhibit K, and denied a loan.

The delay in getting operating funds, exhibit H, caused late planting, getting supplies on credit ismuch higher than cash and many, many more difficulties.

The farm that sold in 1977 for over one milliondollars, exhibit I, today with improvements and inflation, that farm would sell for Ten Million Dollars more or less.

2

## SUMMARY

The Order filed October 12, 2005 denying a rehearing was in the orginal petition as exhibit B.

The Plaintiff was wrongfully denied his day in court.

In view of the foregoing facts, the Plaintiff pray that this Honorable Court reverse the Order dated June 13, 2006.

Wherefore, the premised considered, the Plaintiff demand judgment against the Defendants in the amount of ($10,000,000.00) Ten Million Dollars.

*Robert Mays*
Robert Mays, pro se
357 Mays Road
Smithville, GA
Phone 1 229 874 6110

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBERT MAYS,

      Plaintiff,

      vs

SUTER, ET AL.,

      Defendants.

Civil Action
No. 06-369 (GK)

### AFFIDAVIT OF SERVICE

I, Robert Mays, pro se hereby declare that on the 30th of September, 2006, I mailed a copy of the Motion for Reconsideration, a copy of the orginal petition to the Supreme Court and exhibits, certified mail return receipt requested to

    William K. Suter, Clerk ETAL
    Supreme Court of the United States
    Washington, DC 20543-0001

    Ann Veneman, Secretary
    United States Department of Agriculture
    14th Street & Indenpendence Ave., S.W.
    Washington, DC  20250  1400

    U. S. Attorney General
    950 Pennsylvania Ave., NW
    Washington, DC 20530

    U. S. Attorney for the District of Columbia
    555 4th Street, NW
    Washington, DC 20001

*Robert Mays*

Robert Mays, Pro se
357 Mays Road
Smithville, GA 31787
Phone  1 229 874 6110