# Table of Contents

**A** — Letter from Mr. Suter dated 1/11/06

**B** — Petition for Rehearing Denied

**C** — The Time for FFiling

**D** — PUNITIVE DAMAGES DEFINED
Letter From Mr. Suter dated 4/4/06

**E** — Four Letters from Four Banks

**F** — A Letter From USDA

**G** — Letter to the Editor

**H** — The Delay in Getting Operating Funds

**I** — The Sale of a Farm We Were Forced to Sell

**J** — Letter to Mr. Swindle dated 1/23/85

**K** — Deed to Secure Debt for Georgia

**L** — Honorable Discharge

**M** — MEMORANDUM ORDER

**N** —

**O** —

**P** —

**Q** —

**R** —

**S** —

**T** —

**U** —

**V** —

**W** —

**X** —

**Y** —

**Z** —