Exhibit A

SUPREME COURT OF THE UNITED STATES
OFFICE OF THE CLERK
WASHINGTON, DC 20543-0001

January 11, 2006

Robert Mays
357 Mays Road
Smithville, PA 31787

RE: Robert Mays v. Secretary of Agriculture
    (USADC #04-5374)

Dear Mr. Mays:

The above-entitled petition for a writ of certiorari was postmarked January 9, 2006 and received January 11, 2006. The papers are returned for the following reason(s):

The petition is out-of-time. The date of the lower court judgment or order denying a timely petition for rehearing was July 28, 2005. Therefore, the petition was due on or before October 26, 2005. Rules 13.1, 29.2 and 30.1. When the time to file a petition for a writ of certiorari in a civil case (habeas action included) has expired, the Court no longer has the power to review the petition.

Your $300.00 check is herewith returned.

Sincerely,
William K. Suter, Clerk
By:

Gail Johnson
(202) 479-3038

Enclosures

*exhibit*

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 04-5374

September Term, 2005

03cv00885

Robert Mays,
    Appellant

v.

Secretary of Agriculture,
    Appellee.

Filed On:



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED  OCT 1 2 2005

CLERK

**BEFORE:** Ginsburg, Chief Judge, and Randolph and Rogers, Circuit Judges

### O R D E R

Upon consideration of appellant's petition for rehearing filed August 8, 2005, and the supplements thereto, it is

**ORDERED** that the petition be denied.

### Per Curiam

FOR THE COURT:
Mark J. Langer, Clerk

BY: /s/ Michael C. McGrail
Michael C. McGrail
Deputy Clerk

*Exhibit A*