Exhibit D-1

Case 1:06-cv-00369-GK   Document 14-6   Filed 10/03/2006   Page 2 of 7

## SUPREME COURT OF THE UNITED STATES
## OFFICE OF THE CLERK
## WASHINGTON, DC 20543-0001

April 4, 2006

Robert Mays
357 Mays Road
Smithville, PA 31787

    RE: Robert Mays v. Secretary of Agriculture
        (USADC #04-5374)

Dear Mr. Mays:

    The enclosed papers concerning the above-entitled case were received on April 4, 2006, and are herewith returned. You may promptly resubmit the petition for a writ of certiorari as it appears to be timely from the date of the denial of the petition for rehearing which was not included in the original petition. Please note, however, that if you intend to pay the $300.00 filing fee you must submit 40 copies of the petition prepared in booklet format (6 1/8 x 9 1/4 inches).

                                   Sincerely,
                                   William K. Suter, Clerk
                                   By
                                   Gail Johnson
                                   (202) 479-3038

Enclosures

Exhibit D-2



# CITIZENS BANK OF AMERICUS

H. PHIL JONES, JR.
SENIOR VICE PRESIDENT BANKING

January 7, 1985

*Exhibit 9*

TO WHOM IT MAY CONCERN:

IN RE: MR. ROBERT MAYS, ROUTE 1, BOX 222-A SMITHVILLE, GA 31787

Mr. Mays applied to us for a loan in the amount of $100,000 to be used in his farming operation. We declined this request based on inadequate collateral and the general terms and conditions of the loan.

Sincerely,

H. Phil Jones, Jr.
Sr. Vice President - Banking

HPJ:cf

FDIC   P. O. BOX 1128 / AMERICUS, GEORGIA 31709 / 912-924-4011



338

# THE STATE BANK OF LEESBURG
TELEPHONE (912) 759-6451   POST OFFICE BOX 115
LEESBURG, GEORGIA 31763



January 10, 1985

To Whom It May Concern,

RE: Mr. Robert Mays

This is to advise that Mr. Mays has requested credit with us, however, at this point in time, it appears we will not be in a position to extend additional credit with him.

Your Truly,

T.R. Cannon, Jr.
Vice President

TRC/cja




P.O. BOX 4148
ATLANTA, GEORGIA 30___

Exhibit H

Mr. Robert Mayo
**Customer**

January 9, 1985
**Date**

Dear Customer:

Thank you for applying for credit at our bank. Based upon the information presented and our requirements to lending credit, we regret that we cannot be of service to you at this time.

Listed below are the basic items that we look for when when reviewing an application. For your information have checked the reason(s) that caused us to decline your request.

Occasionally there can be a misunderstanding when considering credit requests. If you have any question would like to discuss your application further, you may contact me at the following Branch or Department:

_Lamar Street Branch, Americus, Georgia_
(Branch/Department)

Thank you again for your application.

Very truly yours,

Charles R. Crisp

### CREDIT CRITERIA AND REASONS FOR DECLINE

[ ] 1. Credit application incomplete
[ ] 2. Insufficient credit references
[ ] 3. Unable to verify credit references
[ ] 4. Unemployed
[ ] 5. Temporary or irregular employment
[ ] 6. Unable to verify employment
[ ] 7. Length of employment
[ ] 8. Insufficient income
[ ] 9. Unable to verify income
[ ] 10. Sufficient obligations in relation to income
[ ] 11. Length of residence
[ ] 12. Temporary residence
[ ] 13. Unable to verify residence
[ ] 14. No credit file
[ ] 15. Insufficient credit file
[ ] 16. Delinquent credit obligations
[ ] 17. Bankruptcy
[ ] 18. Repossession or Judgment
[X] 19. Inadequate collateral
[ ] 20. Credit references too new to rate
[ ] 21. Income does not qualify
[ ] 22. Unable to verify the financial worth of your business
[ ] 23. Excessive credit inquiries
[ ] 24. Residence is outside market area

[ ] 25. Sufficient unsecured credit
[ ] 26. Delinquent credit history
[ ] 27. Comaker does not qualify
[ ] 28. Applicant does not qualify
[ ] 29. VISA balance over limit
[ ] 30. Other: Specify: _____

[ ] 31. Information obtained in a report from a sumer reporting agency
  [ ] Credit Bureau, Inc., Regional Center
    3 Executive Park Drive, N.E.
    Atlanta, Georgia 30329 (404) 329-1725
  [ ] Other (Name, Address and Phone No.)

[ ] 32. Information obtained from an outside so other than a consumer reporting agency. U the Fair Credit Reporting Act, you have the to make a written request, within 60 da receipt of this notice, for disclosure of nature of the adverse information. My p number is _____

The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants o basis of race, color, religion, national origin, sex, marital status, age (providing the applicant has the capac enter into a binding contract), because all or part of the applicants' income derives from any public assistanc gram, or because the applicant has in good faith exercised any right under the Consumer Credit Protection A Federal agency that administers compliance with this law concerning this creditor is Comptroller of the Consumer Affairs Division, Washington, D.C. 20219.

13

| | |
|---|---|
| BANK ADDRESS | The Citizens and Southern Bank of Albany<br>P. O. Box 1309<br>Albany, Ga. 31701 | NOTICE OF ADVERSE ACTION TAKEN<br>AND<br>PRINCIPAL REASONS |

Date: January 10, 1985

CUSTOMER ADDRESS: Mr. Robert Mays
Route 1
Sasser, Ga. 31787

DESCRIPTION OF ACCOUNT, TRANSACTION, OR REQUESTED CREDIT:
$100,000 loan for farm operations.

DESCRIPTION OF ADVERSE ACTION TAKEN:
Loan declined.

PRINCIPAL REASON(S) FOR ADVERSE ACTION CONCERNING CREDIT:

- ☐ Credit application incomplete
- ☐ Insufficient credit references
- ☐ Unable to verify credit references
- ☐ Temporary or irregular employment
- ☐ Unable to verify employment
- ☐ Length of employment
- ☐ Insufficient income
- ☒ Excessive obligations
- ☐ Unable to verify income
- ☐ Inadequate collateral
- ☐ Other (specify): _____

- ☐ We do not grant credit to any applicant on the terms & conditions you requested.
- ☐ Too short a period of residence
- ☐ Temporary residence
- ☐ Unable to verify residence
- ☐ No credit file
- ☐ Insufficient credit file
- ☐ Delinquent credit obligations
- ☐ Garnishment, attachment, foreclosure, repossession or suit
- ☐ Bankruptcy

DISCLOSURE OF USE OF INFORMATION OBTAINED FROM AN OUTSIDE SOURCE

- ☐ Disclosure inapplicable
- ☐ Information obtained in a report from a consumer reporting agency:
  Name _____
  Address _____
  City/State/Zip _____
  Telephone _____

- ☐ Information received from an outside source other than a consumer reporting agency. Under the fair credit reporting act, you have the right to make a written request, within 60 days of receipt of the notice, for disclosure of the nature of the adverse information.

The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided that the applicant has the capacity to enter into a binding contract), because all or part of the applicant's income derives from any public assistance program, or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is: Regional Director, Federal Deposit Insurance Corporation, Peachtree Center, 229 Peachtree Street, N.E., Atlanta, Georgia 30303.

Authorized Signature: C. M. Chapman / Vice President