Exhibit E

*Exhibit A*

UNITED STATES DEPARTMENT O. AGRICUL RE
FARMERS HOME ADMINISTRATION
P.O. Box 3208
Albany, GA 31706

MR. ROBERT MAYS
Route 1, Box 222-A
Smithville, Ga 31787

January 3, 1985

Dear Mr. Mays:

After careful consideration, we were unable to take favorable action
on your application for Farmers Home Administration services. The
specific reason for our decision is as follows:

    The County Committee feels that due to your present family income
    of $40,000.00, you have an adequate standard of living without
    farming.

If you have any questions concerning the decision or the facts used in
making our decision and desire further explanation, you may request a
meeting with the County Committee within 15 calendar days of the date of
this letter. You may present new information or evidence along with
possible alternative for our consideration. You may also bring a
representative with you. Should we be unable to satisfactorily resolve
your case, you will be advised of your appeal rights and how to begin
the appeal process. If, without good cause, you fail to schedule or
attend this meeting, there will be no further appeal.

The Federal Equal Credit Opportunity Act prohibits creditors from
discriminating against credit applicants on the basis of race,
color, religion, national origin, sex, marital status, handicap,
or age (provided that the applicant has the capacity to enter
into a binding contract), because all or part of the applicant's
income derives from any public assistance program, or because
the applicant has in good faith exercised any right under the Consumer
Credit Protection Act. The Federal agency that administers compliance
with the law concerning this creditor is the Federal Trade Commission,
Equal Credit Opportunity, Washington, D.C. 20580.

Sincerely,

RANDALL E. TRAIL
COUNTY SUPERVISOR

76

34

6