Exhibit F

THE SOUTHWEST ALBANY GEORGIAN

SERVING 45 CITIES IN 22 COUNTIES IN SOUTHWEST GEORGIA

Vol. 63 Number 2 • 229/436-2156 • Albany, Georgia 31701

Mr. Robert Mays
357 Mays Road
Smithville GA 31787-0357
3/20/01

Bulk Rate
U.S. Postage
PAID
Permit #600
Albany, GA 31701

# LETTER TO THE EDITOR

## The Plight Of The Black Farmer

In 1946, after spending more than three (3) years in the Army, I was denied the right to vote.

Later, I was able to buy farm land.

In 1985 I was denied an operational loan by four (4) banks who said or implied that my income was too low while USDA, approved by the Secretary of Agriculture, receiving the same documents that the banks reviewed, said or implied that my income was too high.

Because of the denial of an operational loan by four (4) banks and USDA, approved by the Secretary of Agriculture, LATER, I had to declare bankruptcy in order to save my farm.

On April 12, 2000, the Black Farmers Settlement DENIED RELIEF.

To me the denial of the right to vote is by far the LESSER EVIL.

Sincerely,

/s/ Robert Mays
Black Farmer

P. S. President Truman said; the buck stops at his desk.

President Clinton, Vice President Gore and the press appears to be indifferent while Black land owners are mistreated.

I am not telling anyone how to vote but Blsck people should think twice when they go into the ballot box on November 7, 2000.