Exhibit G

5-5-76

Loan  600,000.00  -  Loan Service Fee      680.00
                      Credit Life Ins.      1,450.00
                      B Stock              52,720.00
                      Refinance Prin.      66,585.54
                      Refinance Int.        3,208.00
                                          $75,356.46

#19831
1- Robert & James Mays & Herbert C. Phipps Jantro   4,100.00 ✓
   His attorney for Edgar Lockwood - to pay off judgement.
#19832
2- James & Robert Mays & Cordele Banking Co.    61,519.31 ✓
   To pay off Bank of Cordele.   Robert
#19833
3- Robert & James Mays & MAPCO of Dakota James   12,142.22 ✓
#19834
4- Robert & James Mays Gc. Youth Foundation   33,730.95 ✓
   1976 Land Payment   Robert
#19835
5- Robert & James Mays & Carl Slick   12,617.42 ✓
   1976 Land Payment   Robert
#19836
6- Robert & James Mays & Internal Revenue Ser.   53,630.33 ✓
   To pay off Tax Assessment against James N. Mays
#19837
7- James & Robert Mays & Bank of Commerce   57,556.29 ✓
   To pay off Bank of Commerce.   Robert  26,500.00
                          James  31,056.29
#19838
8- James & Robert Mays & The Treasurer of U.S. USDA   2,000.00 ✓
   Payment for Indebtedness of 1971 Upland Cotton Program. James
#19839
9- Robert & James Mays & The C & S Bank of Albany   1,391.41 ✓
   Equipment payment for Robert Mays
#19840
10- Robert & James Mays & Allis Chalmers Cr. Corp.   3,445.47 ✓
    Equipment payment for James Mays

Exhibit 1-G

-2-

6-5-76

#19841
11- Robert & James Mays & Kaiser Fertilizer Co.                          50,281.54
      Robert Mays 1976 Operating Expenses

#19842
12- Robert & James Mays & Chokee Creek Elevator Co.                   7,663.72
      1976 Operating Expenses for Robert Mays

#19843
13- Robert & James Mays & Chokee Creek Elevator Co.                   1,671.38
      1976 Operating Expenses for James A. Mays

#19844
14- Robert & James Mays & De Soto Gin & Peanut Co.                   19,152.48
      1976 Operating Expenses for James A. Mays

#19845
15- Robert & James Mays & De Soto Gin & Peanut Co.                    2,520.00
      1976 Operating Expenses for Robert Mays

#19846
16- Robert & James Mays & Farmer Feed & Seed                            700.64
      James Mays Expense

#19847
17- Robert & James Mays & C & S Limestone                             3,246.40
      Robert Mays Expense

#19848
18- Robert & James Mays & C. & S. Limestone                          3,316.13
      James A. Mays Expense

#19849
19- Robert & James Mays & Commodity Credit Corp                      3,747.64
      Payment of Drying Equipment Robert

#19850
20- Robert & James Mays & Mrs. Forrester, Tax Commissioner   6,199.78
      Land taxes for Robert Mays

#19851
21- Robert & James Mays & Farmers Mutual Exchange of Albany  5,759.53
      Robert Mays Expense

#19852
22- Robert & James Mays                                              15,000.00
      Robert Mays Operating Expense

Exhibit 2-G

5-5-76                                    -3-
#19853
23- Robert & James Mays                                    21,000.00
      James Mays 1976 Operating Expenses
#19854
24- Robert & James Mays & Bailey Farm Supply              4,932.42
      James Mays Expenses

5-6-76
#19862
25- Robert Mays & The Citizens Bank of Americus           19,828.41
      Pay Ogie B. Mays (Robert Mays Expense)

5-7-76
#19864
26- James Mays & C. M. Pippin, Jr.                        6,600.00
      A76 Land Rent- James Mays Operating Expense
#19865
27- James Mays & Mattie R. Mays                           15,500.00
      1976 Land Rent - James Mays Operating Expense
#19866
28- James N. Mays & Mrs. Daisy Stred                      3,500.00
      1976 Land Rent - James Mays Operating Expense
#19867
29- James N. Mays & Dudley Developers, Inc.               960.00
      1976 Land Rent- James Mays Operating Expense

5-10-76
30- James & Robert Mays  Ck #19880  Robert                5,000.00

5-18-76
#19918
31- James Mays & Mattie R. Mays                           3,600.00
      James Mays 1976 Expense

                                        Exhibit 3- G

5-18-76
#19719 ✻
22- James Mays
     James Mays 1976 Expense    James        3,081.12 —

5-19-76   #19722 ✻
23- Robert Mays
     1976 Operating expenses for James Mays that    5,662.64 —
     were paid by Robert Mays. James

6-24-76
#19762 ✻
34- Robert & James Mays & C. & S. Limestone Co.    1,922.80 —
     for 52.25 tons Basic Slag.    James

6-9-76
#20009
35- Robert & James Mays    Robert        5,100.00 —

6-10-76
#20035 ✻
36- Robert & James Mays    James        10,181.30

—————————    ————————

#20051
6-24-76                                    Amount left on deposit: 9,347.22
Robert Mays & James Mays & C. & S. Limestone Co.    1,428.75
     Pay. Invoice No. 84058 dated  6-15-76  Robert

                    Amount left on deposit        7,918.47 —
                         James        2000.00  Robert
                                      3000.00  James ✻
                                    Exhibit 4-G