Exhibit H

Closing Statement
Seller: Robert Mayo, et. al.
Purchaser: Robert P. Green
Prop: 1,013 acres, more or less, 14th Land District, Lee County, Georgia
Date: December 15th, 1977

| | |
|---|---:|
| Purchase Price | $1,114,300.00 |
| Interest 12-1-77 to 12-15-77 to Southwest Ga. P.C.A. ($120.2055 daily) | 1,803.08 |
| Interest 12-1-77 to 12-15-77 to Earl F. Slick | 32.87 |
| TOTAL | $1,116,135.95 |

Paid and credited as follows:

| | |
|---|---:|
| Earnest money previously paid | $50,000.00 |
| Assumption - Debt to Georgia Youth Foundation, Inc. (as of 12-1-77) | 281,429.86 |
| Transfer Tax | 832.90 |
| 1977 Taxes | 2,452.55 |
| Pay off - Earl F. Slick | 10,666.66 |
| Pay off - Judgment - James Mayo | 2,031.00 |
| Southwest Georgia PCA | 624,172.66 |
| Robert Mayo et al | 144,550.32 |
| TOTAL | 1,116,135.95 |

exhibit 1-H

The within closing statement is for this 15th day of December 1977 accepted as true and correct.

_Robert P. Green_
ROBERT P. GREEN (Buyer)

_Robert Mays_
ROBERT MAYS, Individually and as representative for JESSE C. MAYS, MARY B. PORTER, OZIE BELL MAYS, MATTIE B. OTILIO, SUSIE M. MAYS, JAMES N. MAYS and ARTHUR LEE MAYS, all as stated in that certain agreement between the and among the parties dated 10-7-77. (sellers)

_____
WITNESS

_____
WITNESS

Exhibit 2-H