Exhibit I

January 23, 1985

Route 1, Box 222-A

Smithville, Georgia 31787

MR. ORSON G. SWINDLE, III, State Director

Farmers Home Administration

Post Office Box 3208

Albany, Georgia 31706

Dear Mr. Swindle:

    I do not wish to have a hearing but a review in lieu of a hearing in respect to the unsatisfactory conclusion on my application for FmHA services.

    The denial of funds when on paper the investment is good is not new.

    In 1976, the Production Credit Association of Americus, Georgia promised operating funds in January but for reasons unknown the money was withheld until May.

    In 1982 FmHA unfairly forced me to sell my breeding hogs.

    In 1984 FmHA approved of growing crops but delayed funds for raising hogs until the cost of feeder pigs rose too high to make a profit. On paper growing crops is a high risk low return investment.

    In 1985 I have a similar problem with FmHA.

    I cannot see how any one can remain in any business where funds for investment are available only when the risk are high and the returns are low.

Respectfully submitted,

*Robert Mays*

ROBERT MAYS