Exhibit J

USDA-FmHA
Form FmHA 427-1 GA
(Rev. 3-23-78)

Position 5

DEED TO SECURE DEBT FOR GEORGIA

THIS DEED TO SECURE DEBT is made and entered into by the undersigned _____

ROBERT MAYS

residing in _____ LEE _____ County, Georgia, whose post office address is _____ Route 1, Box 222A, Smithville _____, Georgia __31787__, herein called "Borrower," and:

WHEREAS Borrower is indebted to the United States of America, acting through the Farmers Home Administration, United States Department of Agriculture, herein called the "Government," as evidenced by one or more promissory note(s) or assumption agreement(s), herein called "note," which has been executed by Borrower, is payable to the order of the Government, authorizes acceleration of the entire indebtedness at the option of the Government upon any default by Borrower, and is described as follows:

| Date of Instrument | Principal Amount | Annual Rate of Interest | Due Date of Final Installment |
|---|---|---|---|
| April 12, 1979 | $90,420.00 | 8½ | April 12, 1999 |

And the note evidences a loan to Borrower, and the Government, at any time, may assign the note and insure the payment thereof pursuant to the Consolidated Farm and Rural Development Act, or Title V of the Housing Act of 1949;

And it is the purpose and intent of this instrument that, among other things, at all times when the note is held by the Government, or in the event the Government should assign this instrument without insurance of the note, this instrument shall secure payment of the note; but when the note is held by an insured holder, this instrument shall not secure payment of the note or attach to the debt evidenced thereby, but as to the note and such debt shall constitute an indemnity mortgage to secure the Government against loss under its insurance contract by reason of any default by Borrower:

NOW THEREFORE, in consideration of the loan(s) and (a) at all times when the note is held by the Government, or in the event the Government should assign this instrument without insurance of the payment of the note, to secure prompt payment of the note and any renewals and extensions thereof and any agreements contained therein, including any provision for the payment of an insurance or other charge, (b) at all times when the note is held by an insured holder, to secure performance of Borrower's agreement herein to indemnify and save harmless the Government against loss under its insurance contract by reason of any default by Borrower, and (c) in any event and at all times to secure the prompt payment of all advances and expenditures made by the Government, with interest, as hereinafter described, and the performance of every covenant and agreement of Borrower contained herein or in any supplementary agreement, Borrower does hereby grant, bargain, sell, convey, and assign unto the Government, with general warranty, the following property situated in the State of Georgia,

County(ies) of ____Lee, more particularly described as follows:____

Fifty acres of land, more or less, in the Southwest corner of Land Lot 104 14th Land District, Lee County, Georgia; ALSO: Sixty acres of land, more or less, in Land Lot 41, 15th Land District, Lee County, Georgia, bounded as follows: On the South by the south line of Land Lot 41; on the West by the west line of said Land Lot 41; on the North by a 7½ acre tract owned by Susie M. Mays, and on the North by the north line of said Land Lot 41, and on the East by 72.5 acres of land owned by Mattie Mays Price. ALSO: All that tract or parcel of land, lying and being in the County of Lee, State of Georgia,

FmHA 427-1 GA (Rev. 3-23-78)