Exhibit K

# ARMY OF THE UNITED STATES

WD AGO Form 53-55 1 November 1944

## HONORABLE DISCHARGE

This is to certify that

**ROBERT MAYS   34 410 845   Corporal 3283rd Quatermasters Service Company**

### ARMY OF THE UNITED STATES

is hereby Honorably Discharged from the military service of the United States of America. This certificate is awarded as a testimonial of Honest and Faithful Service to this country.

Given at Separation Center   Camp Gordon Georgia
Date   13 December 1945

Walter M Lask   Major   Inf

## ENLISTED RECORD AND REPORT OF SEPARATION
### HONORABLE DISCHARGE

| # | Field | Value |
|---|---|---|
| 1. | Last Name—First Name—Middle Initial | MAYS  ROBER |
| 2. | Army Serial No. | 34 410 845 |
| 3. | Grade | CPL |
| 4. | Arm or Service | QMC |
| 5. | Comp. | AUS |
| 6. | Organization | 3283rd Qm Sv Co |
| 7. | Date of Separation | 13 Dec 45 |
| 8. | Place of Separation | Separation Ctr Cp Gordon Ga |
| 9. | Permanent Address for Mailing Purposes | Rt 2 Box 150 Leslie Lee Co Ga |
| 10. | Date of Birth | 19 Jul 20 |
| 11. | Place of Birth | Leslie Ga |
| 12. | Address from Which Employment Will Be Sought | See 9 |
| 13. | Color Eyes | Brown |
| 14. | Color Hair | Black |
| 15. | Height | 5 11 |
| 16. | Weight | 169 Lbs |
| 18. | Race | White: _  Negro: X  Other: _ |
| 19. | Marital Status | Single: X  Married: _  Other: _ |
| 20. | U.S. Citizen | Yes: X  No: _ |
| 21. | Civilian Occupation and No. | Student (x-02) |

### MILITARY HISTORY

| # | Field | Value |
|---|---|---|
| 22. | Date of Induction | 26 Aug 42 |
| 23. | Date of Enlistment | |
| 24. | Date of Entry Into Active Service | 8 Sep 42 |
| 25. | Place of Entry Into Service | Ft Benning Ga |
| Selective Service Data 26. | Registered | Yes: X  No: _ |
| 27. | Local S. S. Board No. | 1 |
| 28. | County and State | Lee Co Ga |
| 29. | Home Address at Time of Entry Into Service | See 9 |
| 30. | Military Occupational Specialty and No. | Clerk General (055) |
| 31. | Military Qualification and Date | M7 Rifle MM   30 Cal Carbine MM |
| 32. | Battles and Campaigns | None |
| 33. | Decorations and Citations | EAMET Service Medal  Good Conduct Medal  World War II Victory Medal  Meritorius Unit Award (Go 158 Hq PBS 5 Jun 45) |
| 34. | Wounds Received in Action | None |

### 35. Latest Immunization Dates

| Smallpox | Typhoid | Tetanus | Other (Specify) |
|---|---|---|---|
| 26 Jan 45 | 24 Oct 44 | 25 Nov 42 | TY 6 Jul 45 |

### 36. Service Outside Continental U.S. and Return

| Date of Departure | Destination | Date of Arrival |
|---|---|---|
| 21 Aug 43 | EAMET | 2 Sep 43 |
| 28 Nov 45 | USA | 6 Dec 45 |

### 37. Total Length of Service

| Continental Service | | Foreign Service | | 38. Highest Grade Held |
|---|---|---|---|---|
| Years | Months | Days | Years | Months | Days | |
| 0 | 11 | 20 | 2 | 3 | 16 | Cpl |

39. Prior Service: None

40. Reason and Authority for Separation: Convenience of Government RR1-1 (dem) AR 615-365 15 Dec 44

41. Service Schools Attended: None

42. Education (Years): Grammar 8   High School 4   2

### PAY DATA

| 43. Longevity for Pay Purposes | | | 44. Mustering Out Pay | | 45. Soldier Deposits | 46. Travel Pay | 47. Total Amount, Name of Disbursing Officer |
|---|---|---|---|---|---|---|---|
| Years | Months | Days | Total | This Payment | | | |
| 3 | 3 | 17 | $300 | $100 | 845.00 | $11.65 | $1152.89  HW Persons |

### INSURANCE NOTICE   Vo#6664

IMPORTANT—If premium is not paid when due or within thirty-one days thereafter, insurance will lapse. Make Checks or Money Orders payable to the Treasurer of the United...forward to Collections Subdivision, Veterans Administration, Washington 25, D.C.

| 48. Kind of Insurance | | 49. How Paid | | | 50. Effective Date of Allotment Discontinuance | 51. Date of Next Premium Due (One Month After 50) |
|---|---|---|---|---|---|---|
| Nat. Serv. | U.S. Government | None | Allotment | Direct to V.A. | | |
| X | | | X | | 31 Dec 45 | 31 Jan 46 |

52. Premium Due Each Month: $6.60

53. Intention of Veteran to: Continue: X   Continue Only: _   Discontinue: _

54. Print of right thumb here — Right Thumb Print

55. Remarks: No time lost under AW 107
Inactive ERC (26 Aug 42 to 7 Sep 42)
ASR Score (2 Sept 45) -----60
Lapel Button issued

56. Signature of Person Being Separated: Robert Mays   Asst

57. Personnel Officer (Type Name, Grade and Organization—Signature): Peirce W Briscoe   1st Lt Inf

Exhibit F