Exhibit M

IN THE

SUPREME COURT OF THE UNITED STATES

_____

_Robert Mays_ — PETITIONER

(Your Name)

vs.

_Secretary of Agriculture_ — RESPONDENT(S)

ON PETITION FOR A WRIT OF CERTIORARI TO

_United States Court of Appeals For The District of Columbia_

(NAME OF COURT THAT LAST RULED ON MERITS OF YOUR CASE)

PETITION FOR WRIT OF CERTIORARI

_Robert Mays_

(Your Name)

_357 Mays Road_

(Address)

_Smithville, GA 31787_

(City, State, Zip Code)

_229 874 6110_

(Phone Number)