06-369 (GK)

# Table of Contents

- A — Judgment US Court of Appeals for the District of Columbia
- B — Petition for Rehearing Denied "
- C — Memorandum & Opinion 4-Page US District Court for the District of Columbia
- D — Order & Judgment "
- E — 4 letters from 4 Banks
- F — Letter from USDA
- G — Honorable Discharge
- H — Proof of Service
- I — Statement of the Case
- J — Opinion Below
- K — Jurisdiction
- L — Conclusion
- M — P.S. Reasons for Granting the Petition
- N —
- P —
- Q —
- R —
- S —
- T —
- U —
- V —
- W —
- X —
- Y —

RECEIVED
OCT 3 – 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT