# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 04-5374**                          September Term, 2005

03cv00885

Robert Mays,
      Appellant

v.

Secretary of Agriculture,
      Appellee

Filed On:

> UNITED STATES COURT OF APPEALS
> FOR DISTRICT OF COLUMBIA CIRCUIT
>
> FILED    OCT 1 2 2005
>
> **CLERK**

**BEFORE:**   Ginsburg, Chief Judge, and Randolph and Rogers, Circuit Judges

## O R D E R

Upon consideration of appellant's petition for rehearing filed August 8, 2005, and the supplements thereto, it is

**ORDERED** that the petition be denied.

**Per Curiam**

FOR THE COURT:
Mark J. Langer, Clerk

BY:                        
Michael C. McGrail
Deputy Clerk

B
2