UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ECF

| | |
|---|---|
| ROBERT V. MAYS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 03-0885 (PLF) |
| ) | |
| ANN M. VENEMAN, ) | |
| UNITED STATES DEPARTMENT ) | FILED |
| OF AGRICULTURE ) | 9/30/04 |
| ) | |
| Defendant. ) | NANCY MAYER-WHITTINGTON |
| ) | CLERK |

### ORDER AND JUDGMENT

For the reasons stated in the Memorandum Opinion issued this same day, it hereby

ORDERED that defendant's motion to dismiss [4] is GRANTED, it

FURTHER ORDERED that plaintiff's claims are DISMISSED with prejudice; and it is

FURTHER ORDERED that this Order and Judgment shall constitute a FINAL JUDGMENT in this case. This is a final appealable order. <u>See</u> Rule 4(a), Fed. R. App. P.

SO ORDERED.

PAUL L. FRIEDMAN
United States District Judge

DATE:

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ECF

ROBERT V. MAYS,

        Plaintiff,

v.

ANN M. VENEMAN,
UNITED STATES DEPARTMENT
OF AGRICULTURE

        Defendant.

Civil No. 03-0885 (PLF)

FILED
9/30/04
NANCY MAYER-WHITTINGTON
                    CLERK

## ORDER AND JUDGMENT

For the reasons stated in the Memorandum Opinion issued this same day, it hereby

ORDERED that defendant's motion to dismiss [4] is GRANTED, it

FURTHER ORDERED that plaintiff's claims are DISMISSED with prejudice; and it is

FURTHER ORDERED that this Order and Judgment shall constitute a FINAL JUDGMENT in this case. This is a final appealable order. See Rule 4(a), Fed. R. App. P.

SO ORDERED.

                                              PAUL L. FRIEDMAN
                                              United States District Judge

DATE: