# THE STATE BANK OF LEESBURG
**TELEPHONE (912) 759-6451   POST OFFICE BOX 115**
**LEESBURG, GEORGIA 31763**



January 10, 1985

To Whom It May Concern,

RE: Mr. Robert Mays

Tbis is to advise that Mr. Mays has requested credit with us, however, as this point in time, it appears we will not be in a position to extend additional credit with him.

Your Truly,

T.R. Cannon, Jr.
Vice President

TRC/rja







# CITIZENS BANK OF AMERICUS

H. PHIL JONES, JR.
SENIOR VICE PRESIDENT BANKING

January 7, 1985

TO WHOM IT MAY CONCERN:

IN RE:  MR. ROBERT MAYS, ROUTE 1, BOX 222-A SMITHVILLE, GA  31787

Mr. Mays applied to us for a loan in the amount of $100,000 to be used in his farming operation. We declined this request based on inadequate collateral and the general terms and conditions of the loan.

Sincerely,

H. Phil Jones, Jr.
Sr. Vice President - Banking

HPJ:cf

14            E 38

P.O. BOX 4148
ATLANTA, GEORGIA 30[...]

Mr. Robert Mays
Customer

January 9, 1985
Date

Dear Customer:

Thank you for applying for credit at our bank. Based upon the information presented and our requirements for lending credit, we regret that we cannot be of service to you at this time.

Listed below are the basic items that we look for when reviewing an application. For your information have checked the reason(s) that caused us to decline your request.

Occasionally there can be a misunderstanding when considering credit requests. If you have any questions would like to discuss your application further, you may contact me at the following Branch or Department:

Lamar Street Branch, Americus, Georgia
(Branch/Department)

Thank you again for your application.

Very truly yours,

Charles R. Crisp

## CREDIT CRITERIA AND REASONS FOR DECLINE

- [ ] 1. Credit application incomplete
- [ ] 2. Insufficient credit references
- [ ] 3. Unable to verify credit references
- [ ] 4. Unemployed
- [ ] 5. Temporary or irregular employment
- [ ] 6. Unable to verify employment
- [ ] 7. Length of employment
- [ ] 8. Insufficient income
- [ ] 9. Unable to verify income
- [ ] 10. Sufficient obligations in relation to income
- [ ] 11. Length of residence
- [ ] 12. Temporary residence
- [ ] 13. Unable to verify residence
- [ ] 14. No credit file
- [ ] 15. Insufficient credit file
- [ ] 16. Delinquent credit obligations
- [ ] 17. Bankruptcy
- [ ] 18. Repossession or Judgment
- [X] 19. Inadequate collateral
- [ ] 20. Credit references too new to rate
- [ ] 21. Income does not qualify
- [ ] 22. Unable to verify the financial worth of your business
- [ ] 23. Excessive credit inquiries
- [ ] 24. Residence is outside market area

- [ ] 25. Sufficient unsecured credit
- [ ] 26. Delinquent credit history
- [ ] 27. Comaker does not qualify
- [ ] 28. Applicant does not qualify
- [ ] 29. VISA balance over limit
- [ ] 30. Other: Specify: _____

- [ ] 31. Information obtained in a report from a consumer reporting agency
  - [ ] Credit Bureau, Inc., Regional Center
    3 Executive Park Drive, N.E.
    Atlanta, Georgia 30329 (404) 329-1725
  - [ ] Other (Name, Address and Phone No.)

- [ ] 32. Information obtained from an outside so other than a consumer reporting agency. U the Fair Credit Reporting Act, you have the to make a written request, within 60 da receipt of this notice, for disclosure of nature of the adverse information. My p number is _____

The Federal Equal Credit Opportunity Act prohibits creditors from discrimination against credit applicants o basis of race, color, religion, national origin, sex, marital status, [...]
Consumer Affairs Division, Washington, D.C. 20219.

15

E2

**NOTICE OF ADVERSE ACTION TAKEN AND PRINCIPAL REASONS**

NAME / ADDRESS: The Citizens and Southern Bank of Albany
P. O. Box 1309
Albany, Ga. 31703

Date: January 10, 1985

CUSTOMER ADDRESS: Mr. Robert Mays
Route 1
Smithville, Ga. 31787

**DESCRIPTION OF ACCOUNT, TRANSACTION, OR REQUESTED CREDIT:**
$100,000 loan for farm operations.

**DESCRIPTION OF ADVERSE ACTION TAKEN:**
Loan declined.

**PRINCIPAL REASON(S) FOR ADVERSE ACTION CONCERNING CREDIT:**

- ☐ Credit application incomplete
- ☐ Insufficient credit references
- ☐ Unable to verify credit references
- ☐ Temporary or irregular employment
- ☐ Unable to verify employment
- ☐ Length of employment
- ☐ Insufficient income
- ☒ Excessive obligations
- ☐ Unable to verify income
- ☐ Inadequate collateral
- ☐ Other (specify):

- ☐ We do not grant credit to any applicant on the terms and conditions you requested.
- ☐ Too short a period of residence
- ☐ Temporary residence
- ☐ Unable to verify residence
- ☐ No credit file
- ☐ Insufficient credit file
- ☐ Delinquent credit obligations
- ☐ Garnishment, attachment, foreclosure, repossession o
- ☐ Bankruptcy

**DISCLOSURE OF USE OF INFORMATION OBTAINED FROM AN OUTSIDE SOURCE**

- ☐ Disclosure inapplicable
- ☐ Information obtained in a report from a consumer reporting agency:
  Name _____
  Address _____
  City/State/Zip _____
  Telephone _____

- ☐ Information received from an outside source other a consumer reporting agency. Under the fair cred porting act, you have the right to make a written re within 60 days of receipt of the notice, for disclos the nature of the adverse information.

The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the b race, color, religion, national origin, sex, marital status, age (provided that the applicant has the capacity to enter into a contract), because all or part of the applicant's income derives from any public assistance program, or because the a has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers com with this law concerning this creditor is Regional Director, Federal Deposit Insurance Corporation, Peachtree Center Tower, Suite 2400, 229 Peachtree Street, N.E., Atlanta, Georgia 30303.

Authorized Signature: C. M. Chapman, Vice President

10-4270 B REV 2-78

E1