# ARMY OF THE UNITED STATES

WD AGO Form 53-55 - 1 November 1944

## HONORABLE DISCHARGE

This is to certify that

**ROBERT MAYS   34 410 845   Corporal 3283rd Quatermasters Service Company**

### ARMY OF THE UNITED STATES

is hereby Honorably Discharged from the military service of the United States of America.
This certificate is awarded as a testimonial of Honest and Faithful Service to this country.

Given at Separation Center   Camp Gordon Georgia

Date   13 December 1945        Walter M Lask       Major     Inf

### ENLISTED RECORD AND REPORT OF SEPARATION
### HONORABLE DISCHARGE

| 1. Last Name—First Name—Middle Initial | 2. Army Serial No. | 3. Grade | 4. Arm or Service | 5. Comp. |
|---|---|---|---|---|
| MAYS ROBER | 34 410 845 | CPL | QMC | AUS |

| 6. Organization | 7. Date of Separation | 8. Place of Separation |
|---|---|---|
| 3283rd Qm Sv Co | 13 Dec 45 | Separation Ctr Cp Gordon Ga |

| 9. Permanent Address for Mailing Purposes | 10. Date of Birth | 11. Place of Birth |
|---|---|---|
| Rt 2 Box 150 Leslie Lee Co Ga | 19 Jul 20 | Leslie Ga |

| 12. Address from Which Employment Will Be Sought | 13. Color Eyes | 14. Color Hair | 15. Height | 16. Weight |
|---|---|---|---|---|
| See 9 | Brown | Black | 5 11 | 169 Lbs |

| 18. Race | 19. Marital Status | 20. U.S. Citizen | 21. Civilian Occupation and No. |
|---|---|---|---|
| Negro X | Single X | Yes X | Student (x-02) |

### MILITARY HISTORY

| 22. Date of Induction | 23. Date of Enlistment | 24. Date of Entry Into Active Service | 25. Place of Entry Into Service |
|---|---|---|---|
| 26 Aug 42 | | 8 Sep 42 | Ft Benning Ga |

SELECTIVE SERVICE DATA

| 26. Registered | 27. Local S.S. Board No. | 28. County and State | 29. Home Address at Time of Entry Into Service |
|---|---|---|---|
| Yes X | 1 | Lee Co Ga | See 9 |

| 30. Military Occupational Specialty and No. | 31. Military Qualification and Date |
|---|---|
| Clerk General (055) | 17 Rifle MM   30 Cal Carbine MM |

**32. Battles and Campaigns**
None

**33. Decorations and Citations**
EAMET Service Medal   Good Conduct Medal   World War II Victory Medal
Meritorius Unit Award (Go 158 Hq PBS 5 Jun 45)

**34. Wounds Received in Action**
None

**35. Latest Immunization Dates**

| Smallpox | Typhoid | Tetanus | Other (Specify) |
|---|---|---|---|
| 26 Jan 45 | 24 Oct 44 | 25 Nov 42 | TY 6 Jul 45 |

**36. Service Outside Continental U.S. and Return**

| Date of Departure | Destination | Date of Arrival |
|---|---|---|
| 21 Aug 43 | EAMET | 2 Sep 43 |
| 28 Nov 45 | USA | 6 Dec 45 |

**37. Total Length of Service**

| Continental Service | | | Foreign Service | | | 38. Highest Grade Held |
|---|---|---|---|---|---|---|
| Years | Months | Days | Years | Months | Days | |
| 0 | 11 | 20 | 2 | 3 | 16 | Cpl |

**39. Prior Service**
None

**40. Reason and Authority for Separation**
Convenience of Government RR1-1 (dem) AR 615-365   15 Dec 44

**41. Service Schools Attended**
None

**42. Education (Years)**
Grammar 8    High School 4    C... 2

### PAY DATA

| 43. Longevity for Pay Purposes | | | 44. Mustering Out Pay | | 45. Soldier Deposits | 46. Travel Pay | 47. Total Amount, Name of Disbursing O... |
|---|---|---|---|---|---|---|---|
| Years | Months | Days | Total | This Payment | | | |
| 3 | 3 | 17 | $300 | $100 | 845.00 | 11.65 | $1152.89  HW Persons |

### INSURANCE NOTICE   Vo#6664

IMPORTANT—If premium is not paid when due or within thirty-one days thereafter, insurance will lapse. Make Checks or Money Orders payable to the Treasurer of the United...
forward to Collections Subdivision, Veterans Administration, Washington 25, D.C.

| 48. Kind of Insurance | | | 49. How Paid | | 50. Effective Date of Allotment Discontinuance | 51. Date of Next Premium Due (One Month After 50) |
|---|---|---|---|---|---|---|
| Nat. Serv. | U.S. Government | None | Allotment | Direct to V.A. X | 31 Dec 45 | 31 Jan 46 |
| X | | | | | | |

| 52. Premium Due Each Month | 53. Intention of Veteran to | | |
|---|---|---|---|
| 6.60 | Continue X | Continue Only | Discontinue |

**55. Remarks**
No time lost under AW 107
Inactive ERC (26 Aug 42 to 7 Sep 42)
ASR Score (2 Sept 45) -----60
Lapel Button issued

Print of right thumb here

Right Thumb Print

**56. Signature of Person Being Separated**
Robert Mays

**57. Personnel Officer**
Asst   Peirce W Briscoe   1st Lt Inf