In The
Supreme Court of the United States

Robert Mays — Petitioner

Vs

Secretary of Agriculture Respondent

Proof of Service

I, Robert Mays, do swear that on this 7th day of January, 2006 I mailed by Priority Mail postage prepaid to:

Susan Katharine Ullman
U.S. Department of Justice
(DOJ) Civil Division, Federal Programs
20 Massachusetts Avenue N.W.
Washington, D.C. 20530

R. Craig Lawrence, Assistant U.S. Attorney
U.S. Attorney's Office
(USA) Civil Appellate
555 4th Street, NW.
Washington, DC 20530

All documents enclosed.

Robert Mays Pro Se

H