## STATEMENT OF THE CASE

Four (4) banks denied me a farm operational loan, said or implied that my income was too low while USDA said or implied that my income was too high, USDA denied the farm loan.

The undisputed rule as I understand it; If 3 banks deney a farmer a loan the Farmer is entitled to a USDA loan. See pages 6 thru 10.

The denial of an operational farm loan approved by the Secretary of Agriculture, the District and the Court of Appeals denied me of my civil Rights.

## Argument

after spending over 3 years in service, (page 11) received an honorable discharge, in 1946 I was intimidated at the ballot box. The people at the ballot box in 1946 was upholding the law; white only.

USDA violated laws,

Respectfully submitted,

Robert Mays