**JURISDICTION**

[X] For cases from **federal courts**:

The date on which the United States Court of Appeals decided my case
was *July 28, 2005*.

[ ] No petition for rehearing was timely filed in my case.

[X] A timely petition for rehearing was denied by the United States Court of
Appeals on the following date: *August 12, 2005*, and a copy of the
order denying rehearing appears at Appendix _B_.

[ ] An extension of time to file the petition for a writ of certiorari was granted
to and including _____ (date) on _____ (date)
in Application No. __A____.

The jurisdiction of this Court is invoked under 28 U. S. C. § 1254(1).

[ ] For cases from **state courts**:

The date on which the highest state court decided my case was _____.
A copy of that decision appears at Appendix ____.

[ ] A timely petition for rehearing was thereafter denied on the following date:
_____, and a copy of the order denying rehearing
appears at Appendix ____.

[ ] An extension of time to file the petition for a writ of certiorari was granted
to and including _____ (date) on _____ (date) in
Application No. __A____.

The jurisdiction of this Court is invoked under 28 U. S. C. § 1257(a).

K