## CONCLUSION

The petition for a writ of certiorari should be granted.

Respectfully submitted,

*Robert Mays*

Date: *January 9, 2006*