Reasons for Granting the Petition.

It is my understand that one of the reasons for supporting the Dred Scott decision was it violated the white man's property rights; The slaves was the white man's property.

In 1946 after serving more three (3) years in service I was told for me to vote would violate the white only law at the ballot box.

In 1985 USDA violated the law by changing the requirements to get a loan. See exhibt F.

This violation was approved by the Secretary of Agriculture and upheld by the District and appeal courts.

The Court's defense was time-bar.

Is there a time-bar on the Constitution of the United States? Equal Justice for all.

Respectfully submitted,

Robert Mays