UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBERT MAYS,

        Plaintiff,

vs

SUTER, ET AL.,

        Defendants.

Civil Action
No. 06-369 (GK)

## APPEAL

I, the Plaintiff, Robert Mays pro se appeal MEMORANDUM ORDER dated June 13, 2006.

ALSO

MINUTE ORDER denying (14) Plaintiff's Motion for Reconsideration, Signed by Judge Gladys Kessler on 10/10/06. (cs)

Please advise the necessary stepts that I must take in order to file a timely appeal.

Express Mail 10/17/06
EQ 882678504 US

*Robert Mays*

Robert Mays, pro se
357 Mays Road
Smithville, GA 31787
Phone  1 227 874 6110

RECEIVED
OCT 19 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ROBERT MAYS,

      Plaintiff,

vs

SUTER, ET AL.,

      Defendants.

Civil Action
No. 06-369 (GK)

## AFFIDAVIT OF SERVICE

I, Robert Mays, pro se, hereby declare that on the 17th day of October 2006, I mailed a copy of Appeal, first class mail, postage paid to

    William K. Suter, Clerk ETAL
    Supreme Court of the United States
    Washington, DC 20543-0001

    Ann Veneman, Secretary
    United States Department of Agriculture
    14th Street & Indenpendence Ave., S.W.
    Washington, DC 20250 1400

    U. S. Attorney General
    950 Pennsylvania Ave., NW
    Washington, DC 20530

    U. S. Attorney for the District of Columbia
    555 4th Street, NW
    Washington, DC 20001

*Robert Mays*
Robert Mays, Pro se
357 Mays Road
Smithville, GA 31787
Phone  1 229 874 6110